IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAMILLE VANDERGRIEND,<br><br>      Plaintiff,<br><br> v.<br><br>BABCOCK & WILCOX TECHNICAL SERVICES GROUP, INC.,<br><br>      Defendant. | Case No. CV-09-102-E-BLW<br><br>**JUDGMENT** |

 IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is hereby dismissed with prejudice, with each side bearing its own costs and attorney's fees.

 Additionally, this case is hereby ordered closed.

DATED: **September 13, 2009**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**